IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KORY T. O'BRIEN,** | Case No. 2:22-cv-01730-TLN-JDP |
| Plaintiff, | **[PROPOSED]** ORDER TO VACATE REFERRAL TO POST-SCREENING ADR |
| v. | |
| **R. GARZA, et al.,** | |
| Defendants. | |

Good cause having been shown, the Court vacates the order referring this case to post-screening ADR and imposing a stay. (ECF No. 16.). The Court will issue a discovery and scheduling order.

IT IS SO ORDERED.

Dated:   April 25, 2023                              _____
                                                     JEREMY D. PETERSON
                                                     UNITED STATES MAGISTRATE JUDGE

1