1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KORY T. O'BRIEN,
                                                    Case No.  2:22-cv-01730-TLN-JDP (PC)
12                      Plaintiff,

13           v.
                                                    ORDER
14    R. GARZA, *et al.*,

15                      Defendants.

16

17          Defendants move for leave to file an early partial motion for summary judgment based on

18    plaintiff's failure to exhaust administrative remedies for his retaliation claim and to stay discovery

19    and dispositive motion deadlines, ECF No. 20, and plaintiff has filed two motions seeking to

20    modify the scheduling order and to stay discovery, ECF Nos. 21 & 22.  Good cause appearing,

21    the motions are granted.

22          Accordingly, it is hereby ORDERED that:

23          1.  Defendants' motion for leave to file an early partial motion for summary judgment and

24    stay discovery and dispositive motions, ECF No. 20, is granted.

25               a.  Defendants shall file a partial motion for summary judgment based on

26    plaintiff's failure to exhaust administrative remedies based on his First Amendment retaliation

27    claim within forty-five days of this order.

28          2.  The discovery and dispositive motion deadlines are stayed.  The court will issue an

amended discovery and scheduling order after the resolution of defendants' partial exhaustion-based motion for summary judgment.

3.  Plaintiff's motions to modify the scheduling order and stay discovery, ECF Nos. 21 & 22, are granted.

IT IS SO ORDERED.

Dated:   August 11, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2