IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KORY T. O'BRIEN,**<br><br>Plaintiff,<br><br>v.<br><br>**R. GARZA, et al.,**<br><br>Defendants. | Case No. 2:22-cv-01730 TLN JDP<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT |

Having read and considered Defendants Garza and Baker's Ex Parte Application for an Extension of Time to File an Opposition to Plaintiff's Motion for Leave to Amend Complaint, the Declaration of Counsel supporting the Application, and for good cause appearing, the Application is **GRANTED**. Defendants may file their Opposition to Plaintiff's Motion for Leave to Amend Complaint on or before October 5, 2023.

IT IS SO ORDERED.

Dated:   September 6, 2023

                                                                                      _____
                                                                                      JEREMY D. PETERSON
                                                                                      UNITED STATES MAGISTRATE JUDGE