UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORY T. O'BRIEN,<br><br>         Plaintiff,<br><br>    v.<br><br>R. GARZA, *et al.*,<br><br>         Defendants. | Case No. 2:22-cv-01730-TLN-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE REPLY TO DEFENDANTS' OPPOSITION<br><br>ECF No. 34 |

Plaintiff has filed a motion for an extension of time to file a reply to defendants' opposition to his motion to amend.[1] ECF No. 34. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 34, is granted.

2. Plaintiff is granted until December 6, 2023, to file a reply to defendants' opposition to his motion to amend.

3. Failure to comply with this order may result in a recommendation of dismissal.

---

[1] Plaintiff argues that his reply brief was due by November 5, 2023. However, defendants filed their opposition on October 5, 2023, and, under the Local Rules, "[t]he moving party may, not more than fourteen (14) days after the opposition has been filed in CM/ECF, serve and file a reply to the opposition." L.R. 230(*l*). Thus, plaintiff's reply was instead due by October 19, 2023.

IT IS SO ORDERED.

Dated:    November 16, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE