IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KORY T. O'BRIEN,**<br><br>                                    Plaintiff,<br><br>        v.<br><br>**R. GARZA, et al.,**<br><br>                                    Defendants. | Case No. 2:22-cv-01730 TLN JDP (P)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO MODIFY THE SCHEDULING ORDER |

   Defendants Garza and Baker filed an Ex Parte Application to Modify the Scheduling Order. Having read and considered the Application and its attachments, good cause exists to grant it. The scheduling order, ECF No. 49, is hereby modified to extend deadline the file discovery motions to June 3, 2025 and to extend the deadline to file dispositive motions to July 3, 2025. All other portions of the scheduling order remain in effect.

IT IS SO ORDERED.

Dated:    April 30, 2025                              _____
                                                      JEREMY D. PETERSON
                                                      UNITED STATES MAGISTRATE JUDGE