IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**KORY T. O'BRIEN,**

                Plaintiff,

    v.

**R. GARZA, et al.,**

                Defendants.

Case No. 2:22-cv-01730-TLN-JDP (P)

[PROPOSED] ORDER

    Defendants K. Baker and R. Garza (Defendants) have applied for an extension of time to file a reply in support of Defendants' Motion for Summary Judgment. Having reviewed the request, and finding good cause therefore,

    IT IS HEREBY ORDERED THAT:

    1. Defendants' request for an extension of time, ECF No. 64, is GRANTED; and

    2. Defendants shall have until October 31, 2025, to file a reply in support of Defendants' Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   October 10, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE