UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORY T. O'BRIEN, | Case No. 2:22-cv-1730-TLN-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| R. GARZA, *et al.*, | |
| Defendants. | |

Plaintiff has filed a motion for extension of time to file objections to the December 12, 2025 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 68, is GRANTED; and

2. Plaintiff is granted until January 26, 2026 to file objections to the December 12, 2025 findings and recommendations.

IT IS SO ORDERED.

Dated: January 8, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1