UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KORY T. O'BRIEN,

          Plaintiff,

     v.

R. GARZA, et al.,

          Defendants.

Case No.  2:22-cv-1730-TLN-JDP (P)

ORDER

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 12, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 67.)  Plaintiff filed objections.  (ECF No. 70.)  Defendants filed a response.  (ECF No. 71.)  Although both filings were submitted after the fourteen-day window, the Court in its discretion and in the interests of justice has considered Plaintiff's objections and Defendants' response.

Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.  Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed December 12, 2025, ECF No. 67, are adopted in full;

2. Defendants' motion for summary judgment, ECF No. 55, is GRANTED, and judgment is entered in their favor; and

3. The Clerk of Court is directed to close this action.

Date: April 13, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2