UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KORY T. O'BRIEN,

Plaintiff,

v.

R. GARZA, et al.,

Defendants.

No. 2:22-cv-01730-TLN-JDP

**ORDER**

This matter is before the Court on Plaintiff Kory T. O'Brien's ("Plaintiff") Motion to Remove Jurisdiction. (ECF No. 81.) Defendants did not file an opposition. For the reasons set forth below, the Court DENIES the Motion as moot.

On December 12, 2025, the assigned magistrate judge issued findings and recommendations recommending this Court grant Defendants' motion for summary judgment and enter judgment in Defendants' favor. (ECF No. 67 at 7.) The findings and recommendations recommended dismissing Plaintiff's state-law claim if this Court adopted the recommendation to dismiss Plaintiff's federal claims. (*Id.*) This Court issued an Order on April 14, 2026, adopting the findings and recommendations in full. (ECF No. 72.) Judgment was entered the same day. (ECF No. 73.) Plaintiff thereafter filed a notice of appeal of the April 14, 2026 judgment. (ECF

No. 78.) Plaintiff filed the instant motion on May 26, 2026. (ECF No. 81.)

Plaintiff asks the Court to relinquish any supplemental jurisdiction it retained over his state-law claim. (ECF No. 81 at 1.) By adopting the findings and recommendations in full, the Court granted Defendants' motion for summary judgment on Plaintiff's federal claims and dismissed his state-law claim. (ECF No. 67 at 7; ECF No. 72.) Because no state-law claim remains pending in this action, the Court DENIES Plaintiff's Motion to Remove Jurisdiction (ECF No. 81) as moot.

IT IS SO ORDERED.

DATE: November 9, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE